# PD-1482&1483&1484-14

**LUKE ADAM STANTON, SR.**
#1830011 • TDCJ-Michael Unit • 2664 FM 2054 • TN. Colony, TX 75886

Friday, March 27, 2015

Clerk of the Court
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

RE: STANTON v. STATE OF TEXAS
    CCA No. PD-1482/1483/1484-14
    COA No. 08-12-00293/294/295-CR

Dear Sir or Madam:

Please find attached the original: MOTION FOR REHEARING RECONSIDERATION AND/OR SUBMISSIONS EN BANC, to be submitted and filed.

Your assistance in the above matter is greatly appreciated|

Sincerely,

Luke Stanton   #1830011

FILED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

cc:   Charles Orbinson
      Assistant Criminal District Attorney
      1450 East McKinney Street, 3rd Floor
      Denton, Texas  76209

## COURT OF CRIMINAL APPEALS OF TEXAS

| | | |
|---|---|---|
| LUKE ADAM STANTON, SR., | § | |
| Appellant, | § | Cause No. PD-1482-14 |
| v. | § | Cause No. PD-1483-14 |
| THE STATE OF TEXAS, | § | Cause No. PD-1484-14 |
| Appellee. | § | |

---

### MOTION FOR REHEARING RECONSIDERATION AND/OR SUBMISSIONS EN BANC

---

TO THE HONORABLE JUSTICES OF SAID COURT:

LUKE ADAM STANTON, SR., Appellant, pro se, upon good cause, moves the Court to reconsider his Petition for Rehearing and/or Submissions En Banc, pursuant to Rule 76(f) of T.R.A.P.. Appellant's pro se motion for rehearing was rejected by this Court for non-compliance with Rule 79.2(c) T.R.A.P.. Appellant respectfully request for rehearing reconsideration and/or submissions en banc, not for the purpose of delay, but that, whether the Court's have declared a statute unconstitutional, or appears to have misconstrued a statute. And shows the following:

1. Appellant is not an attorney, unskilled in the law and filing pro se.

2. Appellant is rehoused on February 19,2015, in segragation "OPI" (Offender Protection) status on gang related issues of threats to Appellant's life. As further, to this day, Appellant is still housed in segregation.

3. Subsequently, on March 04,2015, Appellant's PDR was refused. On March 10, 2015, Appellant received his post-card notice by delivery of TDCJ-Michael Unit Prison Legal Mail Department. unfortunely, rehearing requirements deadline filing are due within fifteen (15) days after the opinion.

4. Appellant has very limited access to legal materials and has NO access to the Prison Law Library while housed in segregation, thereby, he's unable to complete his legal research.

5. Appellant is required to research controlling legal principles and then prepare properly filed motions and/or petitions that are currently due with the court time limits. Notwithstanding, Appellant is incarcerated in Texas Department of Criminal Justice Prison System, as results, logistics can be difficult.

6. Moreover, CONGRESS stated over two hundred (200) years ago "that no ... writ ... in any Court or United States, shall abated, arrested, quashed, or reversed, for any defect or want of form, but the said Courts respectively shall proceed and give judgment ... without regarding any imperfections, defects or want of form in such writ ... what so ever ... and the said Court respectively shall ... and may at any time, permit either party to amend any defect in the process of pleadings ... Judiciary Act of Sept. 24, 1789, Sec. 342, FIRST CONGRESS, Ses 1, ch. 20, 1789.

7. Finally, Appellant prays the Honorable Court advances the holdings of Haines v. Kerner, 92 S.Ct. 594 (1972); Bush v. United States, 823 F.2d 909,910 (5th Cir. 1987), that "pro se pleadings are to be construed liberally and held to less stringent standards than pleading drafted by lawyers, further, if the Court can reasonably construe the pleadings to state a valid claim upon which a litigant could prevail, it should do so.

## CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, Luke Adam Stanton, Sr., Appellant prays that this Honorable Court GRANT him the Rehearing Reconsideration and/or Submissions En banc, pursuant to Rule 76(f) of the T.R.A.P.. Where the Court's did not make the determination that the "ends of justice" would be served with consideration of the merits of the claim, and where "Equal Justice Under Law" is requested. And any other and further relief that this Honorable Court deems Appellant's justly entitled.

Respectfully Submitted,

March 27, 2015

Luke Stanton #1830011
TDCJ-Michael Unit
2664 FM 2054
TN. Colony, Texas 75886

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing Motion FOR REHEARING RECONSIDERATION AND/OR SUBMISSIONS EN BANC, was placed in the United Stated Mail, postage paid first class, to Charles Orbison, Assistant Criminal District Attorney, at 1450 E. McKinney St., 3rd Fl, in Denton, TX 76209.

On this the _27th_ day of March, 2015.

Luke Stanton #1830011

LUKE STANTON #1830011
TDCJ - Michael Unit
2664 FM 2054
TN. Colony, Texas 75886

" LEGAL MAIL "

WICHITA TEXAS TX PBDC
DALLAS TX 753
30 MAR 2015 PM 12 L

Clerk of the Court
Court of Criminal Appeals'
P.O. Box 12308
Capitol Station
Austin, Texas 78711

78711230808